COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Eduardo Nonoalsi Bravo v. Parkhollow Place Property
                            Owners Association

Appellate case number:      01-18-01011-CV

Trial court case number:    2017-51356

Trial court:                55th District Court of Harris County

This Court's April 11, 2019 Memo Opinion and Judgment had dismissed this pro se appeal for want of prosecution because appellant had failed to timely pay the clerk's record fee. *See* TEX. R. APP. P. 37.3(b). On April 17, 2019, appellant filed a pro se motion for rehearing in this Court contending that he had paid for the clerk's record fee. Appellant attached a receipt from the district clerk showing that he had timely paid for the clerk's record fee on March 18, 2019, the deadline imposed by the Clerk of this Court.

Later on April 17, 2019, the district clerk filed the clerk's record in this Court. On December 13, 2018, the court reporter had previously filed an information sheet stating that there was no reporter's record taken in this Court. Accordingly, because the appellant is proceeding pro se, the Court **orders** the district clerk to mail the clerk's record to the appellant **within 5 days of the date of this Order** and provide delivery confirmation with the Clerk of this Court **within 10 days of the date of this Order**.

Furthermore, the Court **requests** that the appellee, Parkhollow Place Property Owners Association, file a response to appellant's motion for rehearing. *See* TEX. R. APP. P. 49.2 (noting that no response to motion for rehearing need be filed unless court so requests, and that rehearing motion will not be granted unless response has been filed or requested by court). Appellee's response to the rehearing motion, if any, should be filed no later than **5 days from the date of this order**, which is 10 days from the date of the motion. *See* TEX. R. APP. P. 10.3(a), 49.2.

It is so ORDERED.

Judge's signature:  __/s/ Laura C. Higley_____

                  x  Acting individually      ☐  Acting for the Court

Date:  __April 23, 2019_____